IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ANDRES A. PERDOMO,**

    **Plaintiff,**

**v.**                                                  **Civil Action 3:15-CV-02075-N-BK**

**MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.,**
**et al.,**

    **Defendants.**

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. In view of the holding, Plaintiff's Amended Motion to Add Party Defendants is denied as moot.

SO ORDERED this 29th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE